

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ajit Singh; Amar Jit Kaur doing business as 86 Meat and Liquor Mart | Civil Action No. 20-cv-01640-DMS-BLM |
| **Plaintiff,** | |
| V. | |
| United States of America | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendant's motion to dismiss is GRANTED. Plaintiffs' action for judicial review under 7 U.S.C. § 2023 is dismissed with prejudice.

Date:  1/5/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ M. Exler

M. Exler, Deputy